# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Martha Brown, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 1:21-cv-02010-SCJ-JSA |
| v. ) | |
| ) | |
| Diaz & Associates, Inc. and Victor ) | |
| Diaz, Individually, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF INTERESTED PERSONS

**(1)** The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Martha Brown, Plaintiff

- Diaz & Associates, Inc. and Victor Diaz, Individually, Defendant

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having

1

either a financial interest in or other interest that could be substantially affected by the outcome of this particular case:

N/A

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Matthew Berry,
mberry@mattberry.com
Telephone: (404)-235-3334


Berry & Associates
2751 Buford Highway, Suite 600
Atlanta, GA 30324
*Counsel for Plaintiff*

Respectfully submitted this 13th day of May, 2021.

                **BERRY & ASSOCIATES, P.C.**
                */s/ Matthew Berry*
                Matthew Berry, GA Bar No.: 055663
                mberry@mattberry.com