AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| Martha Brown, | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:21-cv-02010-SCJ-JSA |
| Diaz & Associates, Inc. and Victor Diaz, Individually, | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Diaz & Associates, Inc. and Victor Diaz, Individually,
c/o Victor Diaz,
17671 Irvine Boulevard, Suite 212,
Tustin, California 92780

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew T. Berry
Berry & Associates, LLC
2751 Buford Highway, Suite 600
Atlanta, GA 30324

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*, James N. Hatten

Date: 06/25/2021

s/ D. McGoldrick

*Signature of Clerk or Deputy Clerk*