IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARTHA BROWN, | : |
|     Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| | : 1:21-CV-2010-SCJ-JSA |
| DIAZ & ASSOCIATES, INC., and VICTOR DIAZ, | : |
|     Defendants. | : |

## **O R D E R**

Plaintiff Martha Brown filed the above-captioned action on May 11, 2021. Rule 4(m) of the Federal Rules of Civil Procedure requires service of the summons and complaint to be made upon a defendant within 90 days after the Complaint is filed. *See* Fed. R. Civ. P. 4(m). Unless service is waived, the person effecting service must file proof of service with the Court. Fed. R. Civ. P. 4(*l*). Except for those cases in which service is made by a United States Marshal or Deputy Marshal, proof must be by the server's affidavit. *Id.*

As of this date, more than 90 days have passed since Plaintiff filed the Complaint, but no proof of service has been filed, nor has Plaintiff filed a signed waiver indicating that Defendants waived service. Furthermore, Plaintiff has not requested an extension of time to serve Defendants. Accordingly, Plaintiff is **ORDERED** to file with the Court, within **fourteen (14) days** after the date of this

Order, a signed waiver indicating that Defendants waived service, or proof of timely service showing that she served Defendants in accordance with Rule 4 on or before August 9, 2021. Although the Court is granting Plaintiff fourteen days to file proof of service with the Court, nothing in this Order should be construed as extending the time for service under Rule 4(m), which expired on or about August 9, 2021.

If Plaintiff fails to file a signed waiver or proof of timely service, Plaintiff is **ORDERED** to show cause in writing within **fourteen (14) days** after the date of this Order why this action should not be dismissed for failure of service of process pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 17th day of August, 2021.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE