# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Martha Brown, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 1:21-cv-02010-SCJ-JSA |
| v. ) | |
| ) | |
| Diaz & Associates, Inc. and Victor ) | |
| Diaz, Individually, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Martha Brown, by and through undersigned counsel, hereby dismisses this action against Defendants, Diaz & Associates, Inc. and Victor Diaz, Individually, **without prejudice** pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Respectfully submitted this 18th day of August, 2021.

**BERRY & ASSOCIATES**
*/s/ Matthew Berry*
Matthew Berry, GA Bar No.: 055663
mberry@mattberry.com
Telephone: (404) 235-3334

2751 Buford Highway, Suite 600
Atlanta, GA 30324
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 18, 2021, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Defendants, Diaz & Associates, Inc. and Victor Diaz, Individually, via First-Class Mail, with adequate postage affixed thereto and addressed as follows:

Diaz & Associates, Inc. and Victor Diaz, Individually
c/o Victor Diaz
17671 Irvine Boulevard, Suite 212
Tustin, California 92780

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry, GA Bar No.: 055663
mberry@mattberry.com
Telephone: (404) 235-3334

2751 Buford Highway, Suite 600
Atlanta, GA 30324

*Counsel for Plaintiff*